IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Chambers, Kenneth N | Case Number: 05 B 36283 |
|---|---|---|
| | Chambers, LaTonya | Judge: Goldgar, A. Benjamin |
| | Printed: 3/11/08 | Filed: 9/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 8, 2008
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 34,260.00 | |
| Secured: | | 31,362.11 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,100.00 |
| Trustee Fee: | | 1,784.57 |
| Other Funds: | | 13.32 |
| Totals: | 34,260.00 | 34,260.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,100.00 | 1,100.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 5. | HSBC Auto Finance | Secured | 14,814.59 | 7,375.65 |
| 6. | EMC Mortgage Corporation | Secured | 16,306.45 | 6,016.07 |
| 7. | General Motors Acceptance Corp | Secured | 35,684.42 | 17,765.93 |
| 8. | Mortgage Electronic Registration Sys | Secured | 9,983.56 | 0.00 |
| 9. | Chase Home Finance | Secured | 415.00 | 204.46 |
| 10. | ECast Settlement Corp | Unsecured | 218.59 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 27.02 | 0.00 |
| 12. | U.S. Department Of Education | Unsecured | 696.28 | 0.00 |
| 13. | HSBC Auto Finance | Unsecured | 579.47 | 0.00 |
| 14. | General Motors Acceptance Corp | Unsecured | 178.76 | 0.00 |
| | | | $ 80,004.14 | $ 32,462.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 795.29 |
| 5% | 246.98 |
| 4.8% | 475.71 |
| 5.4% | 266.59 |
| | $ 1,784.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Chambers, Kenneth N  
Chambers, LaTonya  
Printed: 3/11/08

Case Number:  05 B 36283  
Judge:  Goldgar, A. Benjamin  
Filed:  9/9/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

